# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

        v.                                               Crim. No. 5:14-MJ-1061-1

**TRAVIS J. LEENEY**

     On July 9, 2014, the above-named was placed on a term of probation for a period of 12 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Eddie J. Smith<br>Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2537<br>Executed On: May 26, 2015 |

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26th__ day of __May__, 2015.

                                                 Kimberly A. Swank  
                                                 U.S. Magistrate Judge